**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**GREGORY MARQUE HILLIE**                                             **PETITIONER**

**V.**                                                            **NO. 4:17CV70-DMB-RP**
                                                                        **LEAD CASE, CONSOLIDATED**

**JUDGE CHARLES WEBSTER and**
**JUDGE LINDA COLEMAN**                                             **RESPONDENTS**

**CONSOLIDATED WITH**

**GREGORY MARQUE HILLIE**                                             **PETITIONER**

**V.**                                                             **NO. 4:17CV135-DMB-JMV**

**SHERIFF KEVIN WILLIAMS and**
**ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**       **RESPONDENTS**

**ORDER GRANTING MOTION TO CONSOLIDATE**

Respondents have filed a motion requesting the court consolidate the instant action with Petitioner's earlier-filed action, docketed in Cause No. 4:17cv70-DMB-RP. Petitioner opposes the motion on the grounds that the magistrate judge in the later-filed action should be required to conduct an independent investigation of the facts of the petition. *See* Docs. #8 & 9.

The court is authorized to consolidate actions with common questions of law or fact. *See* Fed. R. Civ. P. 42. Hillie's earlier-filed action contains claims similar to those in the instant complaint, and the two petitions challenge the same charges pending against Petitioner in the Bolivar County Circuit Court. The court finds that the difference in the petitions is minimal, and consolidation is warranted in the interests of judicial economy.

It is, therefore, **ORDERED**

That Respondents' motion [7] is GRANTED, and that civil action number 4:17cv135-DMB-JMV, entitled *Gregory Marque Hillie v. Sheriff Kevin Williams and the Attorney General of the State of Mississippi* is hereby consolidated with civil action number 4:17cv70-DMB-RP, entitled *Gregory Marque Hillie v. Judge Charles Webster and Judge Linda Coleman,* with 4:17cv70-DMB-RP serving as the lead case.

The parties and counsel are directed to indicate in the caption of all documents filed with the court the lead case number and consolidated case number. The word "CONSOLIDATED" must appear directly under the lead case number. All documents must be docketed and filed in the lead case unless the court directs otherwise. The parties and counsel are responsible for accurately and correctly following these requirements in all filings, whether manual or via the court's electronic case management system.

**THIS** the 26th day of October, 2017.

s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE